United States District Court
Southern District of Texas
**ENTERED**
June 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA LUISA PADILLA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-157 |
| | § | |
| FAMILY DOLLAR INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL

On the 9th day of June, 2017, Plaintiff, Maria Luisa Padilla, and Defendants, Family Dollar, Inc. and Family Dollar Stores of Texas, LLC, filed their Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After reviewing the contents of the Stipulation of Dismissal, the Court hereby GRANTS the Stipulation of Dismissal and ORDERS that the above-styled and numbered cause is hereby dismissed with prejudice as to re-filing same.

The Court further ORDERS that all costs shall be charged to the party incurring same.

SO ORDERED this 12th day of June, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge